NOTE: CHANGES MADE BY THE COURT

ROB BONTA
Attorney General of California
DONNA M. DEAN
Supervising Deputy Attorney General
KENNETH G. LAKE
Deputy Attorney General
State Bar No. 144313
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013-1230
 Telephone:  (213) 269-6525
 Fax:  (916) 731-2120
 E-mail:  Kenneth.Lake@doj.ca.gov

*Attorneys for Defendant State of California, acting by and through the State of California Highway Patrol*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAY ARRIOLA, AN INDIVIDUAL; CONNECTCOMP, INC., A CALIFORNIA CORPORATION,**<br><br>Plaintiffs,<br><br>v.<br><br>**THE STATE OF CALIFORNIA DEPARTMENT OF CALIFORNIA HIGHWAY PATROL; AND DOES 1 THROUGH 20, INCLUSIVE,**<br><br>Defendants. | CASE NO. 8:25-cv-00956-JWH-KESx<br><br>**STIPULATED PROTECTIVE ORDER RE:  CONFIDENTIALITY OF DOCUMENTS PRODUCED BY STATE OF CALIFORNIA TO PLAINTIFF** |

 1. Confidential Documents subject to this protective order are as follows:

A.  Arrest- Investigation Report, dated 1/6/23, prepared by Investigator Dibel,  206 pages.

2. Confidential Documents protected under this order, the information contained therein, and any summaries, copies, abstracts, or other documents derived in whole or in part from such material shall be used only for the purposes of this action and for no other purpose. Confidential material shall not be disclosed or made available to any persons other than those identified in paragraph 3 below.

3. Confidential Documents protected under this order, the information contained therein, and any summaries, copies, abstracts, or other documents derived in whole or in part from such material may be disclosed or made available only to the court, to counsel for plaintiff, plaintiff, and plaintiff's expert, if any. Prior to receiving any Confidential Document from plaintiff's counsel, any person receiving such a document **(except the court)** shall be provided with a copy of this order and shall execute a nondisclosure agreement in the form of Attachment A, a copy of which shall be provided forthwith to defense counsel.

4. In the event that any Confidential Document is used in any **pre-trial** court proceeding in this action, it shall not lose its confidential status through such use, and the party using such shall take all reasonable steps to maintain its confidentiality during such use.

///
///
///
///

1       5. This order shall survive the final termination of this action, and the court
2  shall retain jurisdiction to resolve any dispute concerning the use of information
3  disclosed hereunder **for six months**. Upon termination of this case, counsel for the
4  plaintiff shall assemble and return to defense counsel all confidential documents
5  and all copies of
6  same, or shall certify the destruction thereof.
7  APPROVED AS TO FORM:
8  Dated: September 15, 2025

By: /s/
Jeffrey S. Benice
*Attorney for Plaintiffs Ray Arriola; Connectcomp, Inc.*

Dated: September 10, 2025     Respectfully Submitted,

By: _____
KENNETH G. LAKE
*Attorneys for Defendant State of California, acting by and through the State of California Highway Patrol*

**SO ORDERED:**

Dated: September 30, 2025     _____
HONORABLE KAREN E. SCOTT

# ATTACHMENT "A"
# NONDISCLOSURE AGREEMENT

I, _____, do solemnly swear that I am fully familiar with the terms of the Stipulated Protective Order entered in Ray Arriola, an Individual; Connectcomp, Inc., A California Corporation v. The State of California Department of California Highway Patrol, US District Court, Case No. 8:25-cv-00956-JWH-KESx, and hereby agree to comply with and be bound by the terms and conditions of said Order unless and until modified by further Order of this Court.  I hereby consent to the jurisdiction of said Court for purposes of enforcing this Order.

Dated: _____          _____