JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY ARRIOLA, an individual; CONNECTCOMP, INC., a California corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>THE STATE OF CALIFORNIA DEPARTMENT OF CALIFORNIA HIGHWAY PATROL; J. MOODY, an individual; D. NAVARRO, an individual; B. DIBEL, an individual; and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No. 8:25-cv-00956-JWH-KESx<br><br>**ORDER GRANTING STIPULATION AND JOINT MOTION FOR DISMISSAL WITH PREJUDICE; WAIVER OF COSTS AND ATTORNEYS' FEES** |

After reviewing the stipulation of the parties, and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, it is hereby **ORDERED** as follows:

1. This action is **DISMISSED with prejudice**.
2. The parties waive the right to recover, and that neither party shall recover, costs of suit herein and/or attorneys' fees.

**IT IS SO ORDERED.**

Dated: November 5, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE